UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMELO JAMES MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-cv-00729-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 11) |

On November 30, 2017, the parties filed a Joint Stipulation of Dismissal, in which Plaintiff seeks to voluntarily dismiss the matter with prejudice and with each party bearing their own attorney's fees and costs. (Doc. 11.) As such, Plaintiff has voluntarily dismissed this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to close this case.

IT IS SO ORDERED.

Dated: **December 4, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE